UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN NEVADA HEALTH DISTRICT *et al.*,<br><br>Defendants. | Case No. 3:25-CV-00593-MMD-CLB<br><br>**ORDER TRANSFERRING CASE TO UNOFFICIAL SOUTHERN DIVISION** |

Plaintiff James Edward Scott, III, ("Scott") sues Southern Nevada Health District, the City of Las Vegas, and Doe Defendants 1-50. The complaint states that the events giving rise to this case occurred in Clark County, Nevada. (ECF No. 1-1 at 1.) This district has two unofficial divisions: the southern division, which presides over cases arising in Clark, Esmeralda, Lincoln, and Nye counties; and the northern division, which presides over cases from the remaining counties. LR IA 1-6. Under Local Rule IA 1-8(a), civil actions "must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose." As this action arose in the southern division's Clark County, the Clerk of Court is directed to **TRANSFER** and **REOPEN** this matter as a new action under a new docket number in the southern division, and close this docket number without prejudice to Scott regarding any limitation period and filing fee.

**IT IS SO ORDERED**.

**DATED**: <u>October 20, 2025</u>.

_____
UNITED STATES MAGISTRATE JUDGE